## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

_____

PLEASURELAND RV CENTER, INC.,          Court File No. 05-1671 MJD/RLE

                Plaintiff,

v.                                         **ORDER OF DISMISSAL**
                                             **WITH PREJUDICE**

HEARTLAND RECREATIONAL
VEHICLES, LLC.,

                Defendant.
_____

     WHEREAS, the parties in the above matter have stipulated that Plaintiff's claims against Defendant may be dismissed with prejudice, without costs or disbursements to any party.

     Therefore, let judgment be entered accordingly.


DATED: November 18, 2005                 BY THE COURT:


                                               s/ Michael J. Davis
                                               Honorable Michael J. Davis